*Henry A. Stewart, Stewart & York* and *Frank A. Constangy,*
contra.

### EDGE *et al. v.* CEDARTOWN TEXTILES INC.

WYATT, Justice. 1. In the case against Mrs. Doris Voyles, there was no
evidence that she was a member of the union, that she had served on
the picket line, or any other evidence that she had notice of the order
of the court. The judgment of the court below finding her in contempt
was, therefore, error and must be reversed.

2. There was no evidence in the case against D. B. Young to show that
he violated the order of the court. The evidence was that, as an
arrest was being made, this defendant came up, stood close to the

police car, and that a policeman asked him to step back. The defendant was then arrested. There was no evidence that he in any way interfered or attempted to interfere with the arrests being made, or that he said anything or did anything that could be construed as a violation of the order of the court. The judgment of the court below finding him in contempt in this case was error and must be reversed.

3. All other questions in the instant case are controlled as to all other defendants by the rulings made in the case of *Williams* v. *Cedartown Textiles,* ante, p. 659.

*Judgment affirmed in part and reversed in part. All the Justices concur.*

No. 17678. ARGUED NOVEMBER 13, 1951—DECIDED JANUARY 14, 1952—
REHEARING DENIED JANUARY 29, 1952.

*Poole, Pearce & Hall, J. R. Goldthwaite Jr., Thomas S. Adair, Robert S. Cahoon* and *Cecil Franklin,* for plaintiffs in error.

*Henry A. Stewart, Stewart & York* and *Frank A. Constangy,* contra.